STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Howell D. Jones, IV
Attorney at Law
P. O. Box 14558
Alexandria LA 71315

**REHEARING ACTION: May 26, 2010**

**Docket Number: 09   01324-CA**

**SETH SCARBOROUGH
VERSUS
DORA MARIA YBANEZ**

**Appealed from Rapides Parish Case No. 234,107**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. James T. Genovese
Hon. David Ellis Chatelain

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Seth Scarborough** has this day been

**DENIED.**

cc: Tamara Battles, Counsel for the Appellee